# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENIA ROSS**      **Plaintiff,** | Civil Action No. 10-287 "G" |
| vs. | DISTRICT JUDGE NANETTE J. BROWN |
| **BOB DEAN ENTERPRISES, INC. d/b/a MAISON DE VILLE OF HARVEY**      **Defendant.** | MAGISTRATE JUDGE DANIEL KNOWLES |

## JOINT STATUS REPORT

NOW INTO COURT, through undersigned counsel, come Plaintiff Eugenia Ross ("Plaintiff") and Defendant, Bob Dean Enterprises, Inc. ("Defendant"), incorrectly identified as Bob Dean Enterprises, Inc. d/b/a Maison De Ville of Harvey, who file this joint status report.

1. **Parties and Counsel:**

    Appearing for Plaintiff:

    J. Courtney Wilson (La. Bar No. 13561)
    1510 Veterans Boulevard
    Metairie, Louisiana 70005
    Tel: (504) 832-0585

    Appearing for Defendant:

    Vasilios Manthos (La. Bar No. 30610)
    The Kullman Firm
    A Professional Law Corporation
    4605 Bluebonnet Boulevard, Suite A
    Baton Rouge, Louisiana 70809
    Telephone: (225) 906-4250
    Facsimile: (225) 906-4230
    E-mail: vm@kullmanlaw.com

2. **Pending Motions:**

There currently are no motions pending.

3. **Dates of Conferences and Trial:**

Status Conference set for April 9, 2013, at 2:00 p.m. in Room C205.

Final Pretrial Conference set for July 25, 2013, at 4:00 p.m.

Jury Trial set for week of August 5, 2013, at 9:00 a.m., estimated to last three (3) days.

4. **Description of the Factual and Legal Issues Underlying the Dispute:**

   A. **Factual Issues:**

   **By Plaintiff**: Plaintiff, a week end nurse at the Maison de Ville Nursing Home, contends that during the week-day employment of Gary Davis, LPN, he made false claims with the knowledge of management, for the wound treatment of 25-30 Medicaid/Medicare decubitis patients. Beginning in October 2005 and thereafter for about 10 months, she noted false claims for 1-2, sometimes as high as 5, wounds per patient. She noted these wounds on a weekly basis when she reported for work and reviewed the charts. The Medicaid/Medicare reimbursement rate may be as high as $7,000 per patient per month

   This matter was originally filed obo the United States such that it might still have an interest.

   **By Defendant:** Plaintiff has sued the wrong entity. On February 2, 2010, Plaintiff filed the instant lawsuit, alleging violations of the federal False Claims Act ("FCA").[1] More specifically, Plaintiff alleges her former employer, Maison De'Ville Nursing Home of

---

[1] Complaint. On August 24, 2012, five years after she worked for Maison De'Ville, Plaintiff finally served the Complaint.

Harvey, LLC ("Maison De'Ville"), knowingly submitted fraudulent Medicare and Medicaid claims for payment in violation of 31 U.S.C. §§3729-3732.[2]

Defendant, Bob Dean Enterprises, Inc., denies liability. As counsel for Defendant made clear during the telephone scheduling conference and in several pleadings, Bob Dean Enterprises, Inc. is a completely separate entity from Maison De'Ville and does not do business under that name. Further, Bob Dean Enterprises, Inc. has no ownership interest in Maison De'Ville.

Finally, Plaintiff was never employed by Bob Dean Enterprises, Inc. Rather, Plaintiff worked for Maison De'Ville. Notably, Maison De'Ville has not been named in the lawsuit, is not a party to this litigation and has not been served with the Complaint.

    **B.**     **Legal Issues:**

1. Whether Plaintiff has sued the wrong entity.
2. Whether Plaintiff can state a claim against Bob Dean Enterprises, Inc.
3. If so, whether Bob Dean Enterprises, Inc.'s actions were in violation of the FCA.
4. Whether Bob Dean Enterprises, Inc. should recover its costs and attorneys' fees for defending this suit.
5. Whether Plaintiff is entitled to any recovery against Bob Dean Enterprises, Inc., and if so, the amount thereof.

---

[2] Complaint, ¶¶1, 3. Plaintiff also alleged that Maison De'Ville terminated her employment in July of 2007, in violation of 31 U.S.C. §3730(h), in retaliation for having "blown the whistle" regarding the alleged fraudulent Medicare and Medicaid claims. However, that claim has been dismissed with prejudice. (Doc. #32.)

5. **A Listing of Any Discovery Which Remains to be Done:**

**By Plaintiff**: No discovery has been served by either party. Plaintiff must discover the wound care records, determine which are false, and the amount of the fraudulent billing. Plaintiff plans to take a 30(b)(6) deposition.

**By Defendant:** The parties are in the initial phases of discovery. On February 28, 2013, Defendant served its initial disclosures. Plaintiff has not served her initial disclosures.

6. **A Description of the Status of Any Settlement Negotiations:**

No settlement negotiations have taken place. Plaintiff will make a demand on or about April 20, 2013. Plaintiff believes that the U.S. must sign off on any settlement.

Respectfully submitted, this 2nd day of April, 2013.

| | |
|---|---|
| */s/ J. Courtney Wilson* | */s/ Vasilios Manthos* |
| J. Courtney Wilson (#13561) | VASILIOS MANTHOS (La. Bar No. 30610) |
| 1510 Veterans Boulevard | The Kullman Firm |
| Metairie, LA 70005 | A Professional Law Corporation |
| Telephone: (504) 832-0585 | 4605 Bluebonnet Blvd., Suite A |
| | Baton Rouge, LA 70809 |
| | Telephone: (225) 906-4250 |
| | Facsimile: (225) 906-4230 |
| | Email: vm@kullmanlaw.com |

**CERTIFICATE OF SERVICE**

I certify that on April 2, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*/s/ Vasilios Manthos*
VASILIOS MANTHOS