MINUTE ENTRY
BROWN, J.
April 9, 2013
JS-10 00:05

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENIA ROSS** | **CIVIL ACTION** |
| **VERSUS** | **NO.  10-287** |
| **BOB DEAN ENTERPRISES, INC. d/b/a MAISON DE VILLE OF HARVEY** | **SECTION: "G" (3)** |

## MINUTE ENTRY

A status conference was held on April 9, 2013, with the following individuals participating in person:

- J. Courtney Wilson, Attorney at Law, on behalf of Plaintiff Eugenia Ross
- Vasilios Manthos, of The Kullman Firm, on behalf of Defendant Bob Dean Enterprises, Inc.

The Court inquired as to how the parties plan to proceed with this case considering that it has been languishing on the docket, and the Court further noted some preliminary issues raised in the status report regarding the named defendant. Plaintiff's counsel stated that he intends to make a demand on April 20, 2013, and the parties are completing initial disclosures at this time. Defense counsel noted that the Government declined to proceed with the suit against Bob Dean Enterprises, Inc., an entity that defense counsel claims is unrelated to Maison de Ville of Harvey, and the deadline to amend pleadings has now passed. The Court directed defense counsel to file the appropriate motion, at which time Plaintiff's counsel stated that he would consent to a motion to dismiss.

**NEW ORLEANS, LOUISIANA**, this  10th  day of April, 2013.

_____
NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE

1