UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <u>EX</u> <u>REL</u>. EUGENIA ROSS, | * | CIVIL ACTION |
| | * | NUMBER: 10-287 |
| Plaintiff, | * | SECTION: "G" (3) |
| versus | * | JUDGE BROWN |
| BOB DEAN ENTERPRISES, INC. d/b/a MAISON DE VILLE OF HARVEY | | MAGISTRATE KNOWLES |
| | * | |
| Defendants. | | |
| | * * * | |

**UNITED STATES' STATEMENT REGARDING DEFENDANT'S UNOPPOSED CONSENT MOTION TO DISMISS**

1. This is an action brought under the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730, in which the United States has declined to intervene.

2. The defendant has filed a motion to dismiss with prejudice to which the relator has consented. (Rec. Doc. 40.)

3. In a declined *qui tam* action, the United States remains the real party in interest. *U.S. ex rel. Searcy v. Philips Electronics*, 117 F.3d 154 (5th Cir. 1997). Accordingly, the action "may be dismissed only if the Court and the Attorney General give written consent to the dismissal and the reasons for consenting." 31 U.S.C. § 3730(b)(1).

4. When a declined *qui tam* action is dismissed on a basis other than on the merits, such dismissal must be without prejudice to the United States. *U. S. ex rel. Williams v. Bell Helicopter Textron, Inc.*, 417 F.3d 450, 454-456 (5th Cir. 2005). Accordingly, the United States objects to dismissal of the captioned action unless it is *without* prejudice to the United States.

1

5. Upon receipt of the defendant's motion to dismiss, undersigned counsel contacted counsel for the defendant and the relator to determine if each would consent to dismissal of the action with prejudice to relator but without prejudice to the United States. The United States also notified the Court of its objection and its efforts to determine if the parties would consent to dismissal of the United States without prejudice.

6. Counsel for relator and the defendant have represented that their respective clients consent to dismissal of the captioned action with prejudice to relator and without prejudice to the United States.

7. Accordingly, the United States submits this statement that it consents to dismissal of the action, as long as it is without prejudice to the United States, because dismissal of the action is in the United States' best interest provided that it is without prejudice to the United States

A proposed order is submitted herewith for the Court's consideration.

    Respectfully submitted,

    DANA BOENTE
    UNITED STATES ATTORNEY


    /s/*Sharon D. Smith*
    SHARON D. SMITH (Bar No. 17146)
    Assistant United States Attorneys
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3004
    Email: sharon.d.smith@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon all counsel of record to this proceeding by ECF, facsimile, and/or mailing the same by first class United States mail, postage prepared on this   22   day of April, 2013.

                                                    */s/Sharon D. Smith*
                                                    Assistant United States Attorney